183 F.3d 1290 (11th Cir. 1999)
 ROBERT E. MCANDREW, Plaintiff-Counter-Defendant-Appellant,
v.
LOCKHEED MARTIN CORPORATION, Successor in Interest to LOCKHEED-AERONAUTICAL SYSTEMS
COMPANY, a division of LOCKHEED CORPORATION, Defendant-Counter-Claimant-Appellee,
J. A. BLACKWELL, JR., T. A. GRAHAM, et al., Defendants-Appellees.
 No. 97-8483
 IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
 August 11, 1999
 
 Appeal from the United States District Court for the Northern District of Georgia D.C. Docket No. 1:96-CV-1584
 (Opinion June 18, 1999, 177 F.3d 1310, 11th Cir., 1999)
 Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges*.
 BY THE COURT :
 A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.
 
 
 
 Notes:
 
 
 *
 Senior U. S. Circuit Judge John C. Godbold has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. 46(c).